**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Willon Kow SZETO, a.k.a. John Szeto,**
**Defendant—Appellant.**

No. 09–50594.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 2, 2011.*

Filed Aug. 5, 2011.

Mark Aveis, Esquire, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Richard A. Levy, Esquire, Torrance, CA, for Defendant–Appellant.

Before: LEAVY, IKUTA, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Willon Kow Szeto appeals from the 63–month sentence imposed following his guilty-plea conviction for conspiracy to violate the Racketeer Influenced and Corrupt Organizations Act, in violation of 18 U.S.C. § 1962(d), and trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Szeto contends the district court committed plain error by imposing a standard condition of supervised release requiring employment. The valid and enforceable appeal waiver precludes our review of this contention. *See United States v. Watson,* 582 F.3d 974, 986 (9th Cir.2009) (defendant's agreement to forego the right to appeal "any aspect of [his] sentence" included supervised release conditions); *United States v. Joyce,* 357 F.3d 921, 924 (9th Cir.2004).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.